# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| **NUAH TOUGBAY,** | ) |
| | ) |
|     Petitioner, | ) |
| | ) |
| vs. | ) Case No.   CV 4:11-CV-3255-VEH-TMP |
| | ) |
| **ERIC H. HOLDER, JR.,** *et al.*, | ) |
| | ) |
|     Respondents. | ) |

## O R D E R

On February 2, 2012, the magistrate judge filed his report and recommendation in the above-styled cause, recommending that this petition for *habeas corpus* relief filed pursuant to 28 U.S.C. § 2241 be denied and dismissed.  To date, no objections have been filed by either party.

Having now carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the report is due to be and hereby is **ADOPTED**, and the recommendation is **ACCEPTED**.  Consequently, the petition for writ of *habeas corpus* filed pursuant to 28 U.S.C. § 2241 in the above-styled cause is due to be and the same is hereby **DENIED** and **DISMISSED WITH PREJUDICE**.

**DONE** and **ORDERED** this the 22nd day of February, 2012.

                                           **VIRGINIA EMERSON HOPKINS**
                                           United States District Judge